Jimmy Ray OWENS, Appellant,

v.

Paul S. McNEILL, Jr., Substituting for Richard C. King, Director of Revenue State of Missouri, Respondent.

No. WD 36328.

Missouri Court of Appeals, Western District.

April 9, 1985.

J.D. Baker, Osceola, for appellant.

William Webster, Atty. Gen., Richard L. Wieler, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE, and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from judgment affirming revocation of motorist's driver's license under Section 577.041.1, RSMo Supp.1984, for refusal to submit to a breathalyzer test.

Affirmed. Rule 84.16(b).